# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ,<br>Plaintiff(s)<br><br>v.<br><br>,<br>Defendant(s) | Case No. C<br><br>NOTICE OF SETTLEMENT OF ADA ACCESS CASE<br><br>(ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within _____ days.

 The parties have executed a written settlement agreement and exchanged signed copies.

Date:

Signed: _____
                    Attorney for Plaintiff(s)

Signed: _____
                    Attorney for Defendant(s)

Signed: _____
                    Attorney for Defendant(s)

---

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*